## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                CHAPTER 13
                                                          CASE NO. 09-33494-DHW

**ALICE FAYE WILLIS**,

       Debtor(s).

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) Chapter 13 plan was filed December 22, 2009.

2. The debtor's §341 Meeting of Creditors was held February 4, 2010.

3. Confirmation is scheduled for March 8, 2010.

4. The debtor proposes to pay for two (2) vehicles through her Chapter 13 plan, one (1) 1992 Mazda Protege valued at $1,100.00.00 and is financed through Columbus Finance and one (1) 2007 Toyota Corolla valued at $10,675.00.00 and is financed through AmeriCredit Financial and to pay zero percent (0%) to her unsecured creditors.

5. The debtor was to either surrender one vehicle or to increase the percentage paid to unsecured creditors. To date, no amendments have been filed.

6. It is not in the best interest of the debtor or creditors to pay for an additional vehicle when not paying their unsecured creditors in full. This disposable income would be better served for the benefit of unsecured creditors in that retaining an additional vehicle is not necessary for the debtor's effective reorganization of the plan.

WHEREFORE, the above premises considered, the Trustee objects to confirmation of this plan as this plan fails to meet the best interest of creditors test.

Respectfully submitted March 1, 2010.

                        Curtis C. Reding
                        Standing Chapter 13 Trustee

By:   /s/   Tina J. Hayes
       Tina J. Hayes
       Staff Attorney
       ASB-9847-C32H

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or via e-mail, March 1, 2010.

                        /s/   Tina J. Hayes
                        Tina J. Hayes

Alice Faye Willis
2263 Bonaparte Blvd, Apt F.
Montgomery, AL 36116

Vonda S. McLeod (via electronic filing)